# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

GOLD CHARM LIMITED,

*Appellant*,

v.

SAMSUNG DISPLAY CO., LTD.: TOSHIBA CORPORATION; AND FUNAI ELECTRIC CO., LTD,

*Appellees*.

2017-1738

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, Case No. IPR2015-01417.

## APPELLEES' UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE PRINCIPAL BRIEF

# **CERTIFICATE OF INTEREST**

Counsel for the Samsung Display Appellees certifies the following:

**1. The full name of every party or amicus represented by me is:**

Samsung Display Co., Ltd.

**2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

Samsung Display Co., Ltd.

**3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

Samsung Electronics Co., Ltd., and Samsung SDI Co., Ltd.

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

Covington & Burling LLP ( Robert T. Haslam, Andrea G. Reister, Jeffrey H. Lerner, David A. Garr, Jay I. Alexander, Gregory S. Discher, Jared Frisch).

# **CERTIFICATE OF INTEREST**

Counsel for the Toshiba Corporation Appellees certifies the following:

**1. The full name of every party or amicus represented by me is:**

Toshiba Corporation

**2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

Toshiba America Information Systems, Inc.;
Toshiba America, Inc.

**3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

None

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

Dorsey & Whitney LLP ( Paul T. Meiklejohn, Clinton Lee Conner, Adam Floyd).

# **CERTIFICATE OF INTEREST**

Counsel for the Funai Electric Co., Ltd. Appellees certifies the following:

**1. The full name of every party or amicus represented by me is:**

Funai Electric Co., Ltd.

**2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:**

Funai Electric Co., Ltd.

**3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:**

None

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:**

Marc R. Labgold, P.C., Marc R. Labgold, Patrick. J. Hoeffner, Steven B. Kelber, The Kelber Law Group.

Appellees Samsung Display Co., Ltd, Toshiba Corporation and Funai Electric Co., Ltd., by their counsel, hereby move this Court pursuant to Federal Circuit Rule 26 for an extension of fourteen (14) days to file their principal brief in this matter, which is currently due on August 28, 2017. With the requested extension, Appellees' principal brief would be due on September 11, 2017. Appellees have not previously moved for an extension of time, and no previous extension has been granted to Appellees. In support of this Motion, Appellees state as follows:

1. This matter involves an appeal arising from a final decision of the U.S. Patent and Trademark Office Patent Trial and Appeal Board issued December 27, 2016 cancelling claims 2-3 and 5-6 of U.S. Patent No. 5,966,589 in IPR2015-01417. The appeal was docketed as Appeal No. 17-1738.

2. After receiving a 30-day extension of time, which was not opposed by Appellees, Appellant filed and served its opening brief via the Court's electronic case filing system on July 17, 2017.

3. Appellees' principal opening brief is currently due on August 28, 2017.

4. There is good cause for the Court to grant this Motion for an extension of time. Several of the attorneys with principal responsibility for drafting and reviewing Appellees' brief have scheduled vacations and commitments in other legal matters over the course of the next few weeks. Because of those commitments, Appellees request an extension of 14 days for the submission of their principal brief. Appellees have not previously sought any extension of time in this appeal.

5. Counsel for Appellees conferred with counsel for Appellant, who have indicated that they do not oppose the requested extension of time.

WHEREFORE, for the foregoing reasons, Appellees respectfully request that this Court extend the deadline for filing Appellees' principal brief by 14 days to September 11, 2017.

Date: August 8, 2017    */s/ Jay I. Alexander*

Jay I. Alexander
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington DC 20001-4956
(202) 662-6000
*Attorney for Appellees*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Appellees' Unopposed Motion for a 14-Day Extension of Time to File Principal Brief was electronically filed on this 8th day of August 2017 with the Clerk of the U.S. Court of Appeals for the Federal Circuit using the CM/ECF system, which will serve via email notice such filing to counsel of record.

Date: August 8, 2017

/s/ *Jay I. Alexander*

Jay I. Alexander
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington DC 20001-4956
(202) 662-6000
*Attorney for Appellees*